UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>               Plaintiff,<br><br>      -against-<br><br>NEW YORK STATE DEPARTMENT OF TRANSPORTATION (NYSDOT); NEW YORK STATE; ADESA CORPORATION,<br><br>               Defendants. | 19-CV-11128 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 27, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that complaint is dismissed without prejudice for lack of venue. *See* 28 U.S.C. § 1406(a).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that pursuant to the Court's April 1, 2021, Plaintiff is barred from filing future civil actions IFP in this Court without first obtaining from the Court leave to file. *See* 28 U.S.C. § 1651.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 1, 2021
           New York, New York

                                                       COLLEEN McMAHON
                                             Chief United States District Judge